# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 13, 2012

143811

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

THE ESTATE OF THELMA L. DeGOEDE,
by VELLA TRADER, Personal Representative,
          Plaintiff-Appellee,

v

COMERICA BANK, f/k/a INDUSTRIAL
STATE BANK & TRUST COMPANY,
          Defendant-Appellant.

SC:  143811
COA:  296129
Kalamazoo CC:  2008-000191-CZ

_____/

On order of the Court, the application for leave to appeal the June 30, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

MARKMAN, J. (*dissenting*).

I would grant leave to appeal to determine whether in applying the statute of limitations to the certificates of deposit at issue, the Court of Appeals should have separately considered plaintiff's claims for the principal and the interest accrued under the certificates.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 13, 2012

_____

Clerk

h0410